■ In the Matter of DANIEL N. WILLKENS, JR., an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [847 NYS2d 487]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Dec. 5, 2007.)

■ In the Matter of VINITA GOEL, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [847 NYS2d 487]—Order entered denying motion for reargument or renewal. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ. (Filed Dec. 5, 2007.)

■ In the Matter of DONNA C. DOMAGALSKI, an Attorney, Resignor. [847 NYS2d 487]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Nov. 27, 2007.)

■ In the Matter of H. CHRISTOPHER CLARK, an Attorney, Resignor. [847 NYS2d 487]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Nov. 27, 2007.)